UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
10-20335-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAYVONTE WATERS,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision ("Petition") as to Defendant Jayvonte Waters ("Defendant" or "Waters") [D.E. 314]. This matter was referred to the undersigned for revocation hearing pursuant to 28 U.S.C. § 636 and Local Magistrate Rule 1 by the Honorable Ursula Ungaro, United States District Judge [D.E. 328].

At the revocation hearing held on **May 13, 2015** the government and Waters announced on the record that they have entered into the following stipulation:

A.    Waters admits to violations **2, 4** and **5** as set forth in the Petition, to wit,

    **2. Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about June 23, 2014, in Dade County, Florida, the defendant did commit the offense of Count 1 Disorderly Intoxication, contrary to Florida Statute M/856.011 (Misdemeanor). In case No. B14025945. Count 2 Resisting Arrest Without Violence, contrary to Florida Statute M/843.02 (Misdemeanor). On September 8, 2014, a Bench Warrant was issued. Case is pending.

    **4. Violation of Standard Condition**, by failing to support dependents and meet other family responsibilities. On or about February 1, 2014, the defendant failed to comply with court-ordered child support in Docket No. 06-0030252-FC Miami-Dade County Family Court and is currently $37, 339.83 in arrears.

    **5. Violation of Standard Condition**, by failing to follow the instructions of the probation officer. Since July 9, 2013, the defendant failed to provide pay stubs,

as directed on July 9, 2013.

B. The government agreed to dismiss Violations **1** and **3** of the Petition, to wit,

> **1. Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about December 16, 2013, in Dade County, Florida, the defendant did commit the offense of Count 1. Criminal Mischief (0-$200.00), contrary to Florida Statute 806.13(1)(B)(1)(Misdemeanor) in case No. M14025977. On September 16, 2014. Disposition **Nolle Pros**.

> **3. Violation of Mandatory Condition,** by failing to refrain from a violation of of the law. On or about June 30, 2013, in Dade County, Florida, the defendant did commit the offense of Count 1 Burglary (attempt) occupied, contrary to Florida Statute 810.02(A) Count 2 Simple Battery, contrary to Florida Statute 784.03 (Misdemeanor) in case No. F13015205 on July 30, 2013. Disposition **No Action**.

In light of the foregoing, the undersigned RESPECTFULLY RECOMMENDS that the Court accept and adopt the parties' stipulation.

The parties have **fourteen (14) days** from the date of receipt of this Report and Recommendation within which to serve and file objections, if any, with the Honorable Ursula Ungaro, United States District Judge. See Local Magistrate Rule 4(b). Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY RECOMMENDED at Miami, Florida, this _14th_ day of May, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro
    counsel of record