UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-cr-20335-UU

UNITED STATES OF AMERICA

v.

JAYVONTE WATERS,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition for Warrant or Summons for Offender Under Supervision charging Defendant Waters with violating the terms of his supervised release. (D.E. 314.)

THE COURT has considered the Petition and the pertinent portions of the record, and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Alicia M. Otazo-Reyes, who, on May 14, 2015, issued a Report recommending that the Court accept the parties' stipulation that Defendant Waters will admit to violations 2, 4 and 5 upon the Government's dismissal of violations 1 and 3. (D.E. 332.) The parties were afforded the opportunity to file objections to the Report and on May 14, 2015, Defendant Waters filed a Notice of Non-Objection to Report and Recommendation. (D.E. 333.) Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 332) is RATIFIED, ADOPTED, and AFFIRMED:

1. The Court accepts Defendant Waters admissions as to violations 2, 4 and 5 as set forth in the Petition.

2. Violations 1 and 3 as set forth in the Petition will be dismissed.

3. A sentencing hearing will be set by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of May, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record